No. 10-1145. Joseph R. Banister, Petitioner v. California Board of Accountancy.

563 U.S. 938, 131 S. Ct. 2127, 179 L. Ed. 2d 895, 2011 U.S. LEXIS 3185.

April 18, 2011. Petition for writ of certiorari to the Court of Appeal of California, Third Appellate District, denied.

No. 10-6987. Cynthia Holmes, Petitioner v. East Cooper Hospital, Inc., et al.

563 U.S. 938, 131 S. Ct. 2092, 179 L. Ed. 2d 895, 2011 U.S. LEXIS 3171.

April 18, 2011. Petition for writ of certiorari to the Supreme Court of South Carolina denied.

No. 10-7240. Larry Billian, Petitioner v. United States.

563 U.S. 938, 131 S. Ct. 2092, 179 L. Ed. 2d 895, 2011 U.S. LEXIS 3080.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 383 Fed. Appx. 538.

No. 10-7260. Javier Vences, Sr., Petitioner v. United States.

563 U.S. 938, 131 S. Ct. 2092, 179 L. Ed. 2d 895, 2011 U.S. LEXIS 3012.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 378 Fed. Appx. 397.

No. 10-7628. Thurmond Allen, Petitioner v. United States.

563 U.S. 938, 131 S. Ct. 2093, 179 L. Ed. 2d 895, 2011 U.S. LEXIS 3076.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 618 F.3d 404.

No. 10-7664. Aubrey Stanley, Petitioner v. Randy Vining, et al.

563 U.S. 938, 131 S. Ct. 2093, 179 L. Ed. 2d 895, 2011 U.S. LEXIS 3137.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 602 F.3d 767.

No. 10-7971. Rayford L. Terrell, Petitioner v. United States.

563 U.S. 938, 131 S. Ct. 2094, 179 L. Ed. 2d 895, 2011 U.S. LEXIS 3180.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 593 F.3d 1084.

No. 10-7974. Abel Arevalos-Barrios, Petitioner v. United States.

563 U.S. 938, 131 S. Ct. 2094, 179 L. Ed. 2d 895, 2011 U.S. LEXIS 3181.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.